## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANNY AMEN** | : | |
| **VALENTINE SHABAZZ,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 21-CV-3011** |
| | : | |
| **ROBERT BUCCINI**, *et al.*, | : | |
| **Defendants.** | : | |

## <u>ORDER</u>

AND NOW, this 23rd day of September, 2021, in light of *pro se* Plaintiff Danny Amen

Valentine Shabazz's failure to pay the fees necessary to commence a civil action in this Court,

and his further failure to file a signed Complaint in accordance with Federal Rule of Civil

Procedure 11, as directed by this Court's Order entered on August 10, 2021 (ECF No. 8),[1]

which: (a) granted him thirty days to do so, and (b) warned him that if he failed to comply with

the Order that this case would be dismissed without prejudice for failure to prosecute, it is

**ORDERED** that:

1. Shabazz's case is **DISMISSED WITHOUT PREJUDICE** for failure to

prosecute.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

_____

**WENDY BEETLESTONE, J.**

---

[1] Due to measures taken in connection with the COVID-19 pandemic, Shabazz was served with the Order by email at the email address he provided to the Court. Nothing on the docket suggests that he did not receive notice of the Order.